IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CARPENTERS FRINGE BENEFIT FUNDS OF ILLINOIS, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| vs. | ) ) | NO. 23 C 4826 |
| PORTER BROTHERS CONSTRUCTION, INC., an Illinois corporation, f/k/a PORTER BROTHERS ASPHALT & SEALING, INC., | ) ) ) ) | JUDGE THOMAS M. DURKIN |
| Defendant. | ) ) | |

**PLAINTIFFS' MOTION FOR ENTRY OF DEFAULT AND JUDGMENT**

Plaintiffs, by their attorneys, and pursuant to Federal Rule of Civil Procedure Rule 55(b), move for entry of judgment by default against Defendant, PORTER BROTHERS CONSTRUCTION, INC., an Illinois corporation, f/k/a PORTER BROTHERS ASPHALT & SEALING, INC., in the total amount of $28,617.56, plus Plaintiffs' court costs and reasonable attorneys' fees in the amount of $2,644.00.

On July 31, 2023, the Summons and Complaint was served on the Registered Agent by tendering a copy of said documents to him personally at his place of business (a copy of the Summons and Affidavit of Service is attached hereto). Therefore, Defendant's answer was due on August 21, 2023. As Defendant has failed to timely answer the Complaint, Plaintiffs respectfully request entry of default and judgment pursuant to F.R.Civ.P. Rule 55(b).

/s/ Catherine M. Chapman

Catherine M. Chapman
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 1825
Chicago, IL   60606-5250
Bar No.: 6204026
Telephone:  (312) 216-2565
Facsimile: (312) 236-0241
E-Mail: cchapman@baumsigman.com

I:\CarpsJ\Porter Brothers\motion for default and judgment.cmc.df.wpd

## CERTIFICATE OF SERVICE

  The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion for Entry of Default and Judgment) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 31st day of August 2023:

    Trent L. Bush, Registered Agent
    Porter Brothers Construction, Inc.
    202 East Fifth Street
    Sterling, IL  61081-3651

            /s/   Catherine M. Chapman

Catherine M. Chapman
Attorneys for the Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 1825
Chicago, IL  60606-5250
Bar No.: 6204026
Telephone:  (312) 216-2565
Facsimile: (312) 236-0241
E-Mail: cchapman@baumsigman.com

I:\CarpsJ\Porter Brothers\motion for default and judgment.cmc.df.wpd